UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAMON J. LYNCH, JR., | No. 2:16-cv-0448 JAM AC P |
| Petitioner, | |
| v. | |
| SUZANNE M. PEERY, | ORDER |
| Respondent. | |

Several orders of this court served on petitioner, a state prisoner, have been returned as undeliverable. Members of the court's staff have spoken with staff at petitioner's institution of incarceration to verify petitioner's correct mailing address. Petitioner is housed at a correctional camp operated by the California Correctional Center (CCC), at the address set forth below. Accordingly, IT IS HEREBY ORDERED that:

1. The Clerk of Court is directed to serve this order, together with the court's April 13, 2016 order (ECF No. 6), and a copy of petitioner's seven-page petition for writ of habeas corpus (ECF No. 1) on petitioner at the following address:

> Damon J. Lynch, Jr.
> CDCR AU-8991, X-27, Bed 65-L
> Konocti Conservation Camp
> 13044 State Highway 29
> Lower Lake CA 95457

1       2. The Clerk of Court is further directed to designate petitioner's correct mailing address on the docket of this case, and to designate CCC Warden Suzanne M. Perry as respondent herein (see ECF No. 6 at 1 n.1). Petitioner is directed to use his correct mailing address in future communications with the court.

      3. Petitioner is accorded an additional thirty (30) days after service of this order to request a stay and abeyance of his habeas corpus petition, as fully set forth in this court's order filed April 13, 2016 (ECF No. 6).

      SO ORDERED.

DATED:  April 22, 2016

                                      _____
                                      ALLISON CLAIRE
                                      UNITED STATES MAGISTRATE JUDGE