UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAMON J. LYNCH, JR., | No. 2:16-cv-0448 JAM AC P |
| Petitioner, | |
| v. | |
| SUZANNE M. PEERY, | ORDER |
| Respondent. | |

Petitioner has not responded to this court's most recent order filed April 25, 2016. Review of the "Inmate Locator" website operated by the California Department of Corrections and Rehabilitation indicates that plaintiff is now re-incarcerated at the California Correctional Center in Susanville.[1]

Accordingly, IT IS HEREBY ORDERED that:

1. The Clerk of Court is directed to send petitioner, together with a copy of the instant order, copies of the court's orders filed April 13, 2016 order (ECF No. 6) and April 25, 2016 (ECF No. 7), and a copy of petitioner's seven-page petition for writ of habeas corpus (ECF No. 1)

////

////

---

[1] See http://inmatelocator.cdcr.ca.gov/search.aspx. See also Fed. R. Evid. 201 (court may take judicial notice of facts that are capable of accurate determination by sources whose accuracy cannot reasonably be questioned).

1

at the following address:

>Damon J. Lynch, Jr.
>CDCR AU-8991
>California Correctional Center
>P.O. Box 790
>Susanville CA 96127-0790
>*(NOTE: please forward to correct housing unit)*

2. The Clerk of Court is also directed to designate petitioner's current address on the docket of this case.

3. Petitioner shall, *within forty-five (45) days after service of this order*, file the following:

   a. A notice of change of address that provides plaintiff's current full mailing address; and

   b. A response to the substance of the court's order filed April 13, 2016 (ECF No. 6), that is, if so intended by petitioner, a request to stay this action pursuant to the authority identified in the court's order.

4. Petitioner's failure to timely respond to this order will result in a recommendation that this action be dismissed without prejudice.

SO ORDERED.

DATED: June 10, 2016

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

2